IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CYNTHIA SCHAFER UHIREN | : | CIVIL |
| | : | |
| v. | : | |
| | : | |
| BRISTOL-MYERS SQUIBB CO. | : | NO. 02-mc-0186 |
| | : | |
| v. | | |
| CEPHALON, INC. | | |

## **O R D E R**

AND NOW, this 5th day of AUGUST, 2002, it hereby is ORDERED that a STATUS CONFERENCE shall be held in the above-captioned matter on August 15, 2002, at 4:00 p.m. in Room 17614, United States Courthouse, 601 Market Street, Phila., Pa.

BY THE COURT:

ATTEST:

_____
MARGARET GALLAGHER, DEPUTY