```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CYNTHIA SCHAFER UHIREN        :    CIVIL ACTION
                              :
                              :
     v.                       :
                              :
BRISTOL-MYERS SQUIBB CO.      :    NO.  02-mc-0186
                              :
     v.                       :
                              :
CEPHALON, INC.                :
```

**ORDER**

AND NOW, this ___ day of August 2002, the underlying action in the District of Arkansas having been dismissed on motion for summary judgment, it is hereby ORDERED that all pending motions in the above-captioned matter are DENIED AS MOOT.

BY THE COURT:

_____
JAMES T. GILES        C.J.

copies by FAX on
to